```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ALTON D. BROWN, | : | CIVIL ACTION |
| | : | NO. 13-465 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, et al., | : | |
| | : | |
| Respondents. | : | |

# O R D E R

**AND NOW**, this **30th** day of **July, 2013,** after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (ECF No. 11),[1] it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**; and

(2) Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 26) is **DENIED AS MOOT**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] The Court undertakes a de novo review of the portions of the Report and Recommendation to which a party has objected. See 28 U.S.C. § 636(b)(1) (2006 & Supp. V 2011); Cont'l Cas. Co. v. Dominick D'Andrea, Inc., 150 F.3d 245, 250 (3d Cir. 1998). The Court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). In this instance, neither party submitted objections to Magistrate Judge Rueter's Report and Recommendation.