```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALTON D. BROWN,              :    CIVIL ACTION
                             :    NO. 13-00465
       Plaintiff             :
   v.                        :
                             :
JEFFREY A. BEARD, et al.     :
                             :
       Defendants            :
```

**ORDER**

**AND NOW**, this **5th** day of **May, 2021**, upon consideration of Defendants' Motions for Summary Judgment, Plaintiff's responses thereto, and the parties' supplemental briefing, it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum, that:

1. The Medical Defendants' Motion for Summary Judgment (ECF No. 154), is **GRANTED in part and DENIED in part**, as follows: The Motion is **GRANTED** with respect to the issue of Monell liability only and **DENIED** with respect to all remaining issues;

2. The Commonwealth Defendants' Motion for Summary Judgment (ECF No. 157) is **DENIED;** and

3. Defendant William Banta is **DISMISSED** as a party to this action.

By way of separate orders, the Court will seek to

appoint counsel for Plaintiff and will thereafter fix pretrial deadlines.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**